IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KOKILABEN PATEL, | ) | CASE NO.: 1:07CV3501 |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | ) ) ) | <u>JOINT STIPULATION FOR DISMISSAL</u> |
| | ) | |
| Defendants. | ) | |

Now comes the parties by their respective counsel and move this Honorable Court pursuant to Rule 41(a)(1) of the Fed. R. Civ. P. to dismiss the within case without prejudice for the reason that the USCIS has advised it is going to issue a notice to deny the N-400 Application for Naturalization filed by the Plaintiff on or about August 4, 2004.

                                                      Respectfully submitted,

                                                      WILLIAM J. EDWARDS
                                                      Acting United States Attorney

| | |
|---|---|
| <u>s/Robert Brown</u> | <u>s/Richard J. French</u> |
| <u>(per email of 3/12/08</u>) | RICHARD J. FRENCH |
| Robert Brown, Esq. | Assistant U.S. Attorney |
| Robert Brown, LLC Assoc. | Ohio Bar #0023569 |
| 1468 W. 9th Street | Carl B. Stokes Court House |
| Suite 210 | 801 West Superior Avenue, #400 |
| Cleveland, Ohio 44113 | Cleveland, Ohio 44113 |
| (216) 861-4414 | (216) 622-3687 |
| (216) 861-4408 (fax) | (216) 522-4982 (fax) |
| rbrown@brown-immigration.com | E-Mail: |
| | Richard.French@usdoj.gov |

  IT IS SO ORDERED.

  S/CHRISTOPHER A. BOYKO
  UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of March, 2008, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/Richard J. French
                                        Richard J. French
                                        Assistant U.S. Attorney